**Order entered February 9, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-01081-CR
No. 05-14-01082-CR
No. 05-14-01083-CR

**RICHARD BALDERAS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F11-41658-P, F11-41659-P, F11-41660-P**

## ORDER

The Court **REINSTATES** the appeals.

On January 22, 2015, we ordered the trial court to make findings regarding why appellant's brief had not been filed. On February 5, 2015, we received appellant's brief, together with an extension motion. Therefore, in the interest of expediting the appeals, we **VACATE** the January 22, 2015 order requiring findings.

We **GRANT** the February 5, 2015 extension motion and appellant's brief is filed as of February 6, 2015.

The State's brief is due within thirty days of the date of this order.

s/      ADA BROWN
JUSTICE